1  **KANNER & WHITELEY L.L.C.**
   Allan Kanner (CA Bar No. 109512/LA Bar No. 20580)
2  a.kanner@kanner-law.com
   Conlee S. Whiteley (LA Bar No. 22678)
3  c.whiteley@kanner-law.com
   M. Ryan Casey (LA Bar No. 31092)
4  R.Casey@kanner-law.com
   701 Camp Street
5  New Orleans, LA 70130
   Telephone:  (504) 524-5777
6  Fax:        (504) 524- 5763

7  **MILSTEIN, ADELMAN & KREGER, LLP**
   Wayne S. Kreger, State Bar No. 154759
8  wkreger@maklawyers.com
   Gillian L. Wade, State Bar No. 229124
9  gwade@maklawyers.com
   2800 Donald Douglas Loop North
10 Santa Monica, California 90405
   Telephone:  (310) 396-9600
11 Fax:        (310) 396-9635

12 **HUMPHREY, FARRINGTON, MCCLAIN PC**
   Kenneth B. McClain (MO State Bar N0. 32430)
13 kbm@hfmlegal.com
   221 W. Lexington Suite 400
14 Independence, MO 64050
   Telephone:  (816) 836-5050
15 Fax:        (816) 836-8966

16 Attorneys for Plaintiff,
   Courtney Fine and the Proposed Class
17

18                UNITED STATES DISTRICT COURT

19                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY FINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 10-cv-1848-SJO (EX)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

1

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

All parties to this action, *i.e.,* Plaintiff COURTNEY FINE ("Plaintiff"), by and through her attorneys, Milstein, Adelman & Kreger, LLP, Humphrey, Farrington, McClain PC and Kanner & Whiteley, LLC, on the one hand, and Defendant CONAGRA FOODS, INC. ("ConAgra"), by and through its attorneys, Hogan Lovells US LLP, on the other hand, HEREBY STIPULATE as follows:

This entire action should be and hereby is dismissed with prejudice, with each party (i.e., Plaintiff and ConAgra) to bear its own fees and costs.

Respectfully submitted,

Dated: September 21, 2010

MILSTEIN, ADELMAN & KREGER, LLP
KANNER & WHITELEY, LLC
HUMPHREY, FARRINGTON, MCCLAIN PC


By:   /s/ Gillian L. Wade
    Gillian Wade (SBN 229124)
Attorneys for Plaintiff
    COURTNEY FINE

Dated: September 21, 2010

HOGAN LOVELLS US LLP
525 University Ave.
Palo Alto, California 94301
Tel. 650.463.4000
Fax: 650.463.4199
E-mail: robert.hawk@hoganlovells.com


By:   /s/ Robert B. Hawk
    Robert B. Hawk (SBN 118054)
Attorneys for Defendant
    CONAGRA FOODS, INC.