JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY FINE, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 10-cv-1848-SJO (EX)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and having considered the Parties' Stipulation dismissing the entire action with prejudice, IT IS HEREBY ORDERED as follows:

This action is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: September 28, 2010

_____
HON. S JAMES OTERO
UNITED STATES DISTRICT JUDGE

Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405